|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- vs -<br><br>MICHAEL BRASSINGTON, et al.<br><br>                    Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Crim. No. 09-00045 (JAG)<br><br>**SECOND ORDER FOR CONTINUANCE** |

**THIS MATTER** having come before the Court upon the application of the defendants for an amended Scheduling Order, and the Court having previously found that the complexity of this action, and the amount of discovery, reasonably require more time for preparation than otherwise provided under 18 U.S.C. § 3161, as well as finding that the ends of justice served by granting a continuance outweigh the public's and the defendants' interests in a speedy trial, and the government having consented to the dates proposed by the defendants, and for good cause shown,

**IT IS** on this __ day of May, 2009:

**ORDERED**, that all pretrial motions not otherwise specifically provided for in this or other Orders of the Court in this case will be deemed waived unless they are filed and served not later than:

| | |
|---|---|
| Pretrial motions filed by: | August 14, 2009 |
| Opposition due: | October 15, 2009 |
| Reply due: | November 16, 2009 |
| Motion hearing date: | December 15, 2009 |
| Trial set for: | January 19, 2010 |

AND IT IS FURTHER ORDERED, that this action be and hereby is continued until August 14, 2009, and the period between now and through August 14, 2009, shall be excluded time under the Speedy Trial Act, 18 U.S.C. 3161(h)(8).

                                        HON. JOSEPH A. GREENAWAY, JR.
                                        United States District Judge

Form and entry
consented to:

_[signature]_
Counsel for the United States of America


_____
Counsel for Michael Brassington


_____
Counsel for Paul Brassington


_____
Counsel for Andre Bhudan


_____
Counsel for Joseph Singh


_____
Counsel for Brian McKenzie


_____
Counsel for Francis Vieira

**AND IT IS FURTHER ORDERED**, that this action be and hereby is continued until August 14, 2009, and the period between now and through August 14, 2009, shall be excluded time under the Speedy Trial Act, 18 U.S.C. 3161(h)(8).

                                              HON. JOSEPH A. GREENAWAY, JR.
                                              United States District Judge

Form and entry
consented to:

_____
Counsel for the United States of America

*[signature]*
Counsel for Michael Brassington

_____
Counsel for Paul Brassington

_____
Counsel for Andre Bhudan

_____
Counsel for Joseph Singh

_____
Counsel for Brian McKenzie

_____
Counsel for Francis Vieira

AND IT IS FURTHER ORDERED, that this action be and hereby is continued until August 14, 2009, and the period between now and through August 14, 2009, shall be excluded time under the Speedy Trial Act, 18 U.S.C. 3161(h)(8).

                                  HON. JOSEPH A. GREENAWAY, JR.
                                  United States District Judge

Form and entry
consented to:

_____
Counsel for the United States of America


_____
Counsel for Michael Brassington

*[signature]*
Counsel for Paul Brassington


_____
Counsel for Andre Bhudan


_____
Counsel for Joseph Singh


_____
Counsel for Brian McKenzie


_____
Counsel for Francis Vieira

AND IT IS FURTHER ORDERED, that this action be and hereby is continued until August 14, 2009, and the period between now and through August 14, 2009, shall be excluded time under the Speedy Trial Act, 18 U.S.C. 3161(h)(8).

                                          HON. JOSEPH A. GREENAWAY, JR.
                                          United States District Judge

Form and entry
consented to:

_____
Counsel for the United States of America


_____
Counsel for Michael Brassington


_____
Counsel for Paul Brassington

_____
Counsel for Andre Bhudan

_____
Counsel for Joseph Singh


_____
Counsel for Brian McKenzie


_____
Counsel for Francis Vieira

**AND IT IS FURTHER ORDERED**, that this action be and hereby is continued until August 14, 2009, and the period between now and through August 14, 2009, shall be excluded time under the Speedy Trial Act, 18 U.S.C. 3161(h)(8).

                                                 HON. JOSEPH A. GREENAWAY, JR.
                                                 United States District Judge

Form and entry
consented to:

_____
Counsel for the United States of America

_____
Counsel for Michael Brassington

_____
Counsel for Paul Brassington

_____
Counsel for Andre Bhudan

_____
Counsel for Joseph Singh

_____
Counsel for Brian McKenzie

_____
Counsel for Francis Vieira

**AND IT IS FURTHER ORDERED**, that this action be and hereby is continued until August 14, 2009, and the period between now and through August 14, 2009, shall be excluded time under the Speedy Trial Act, 18 U.S.C. 3161(h)(8).

                                  HON. JOSEPH A. GREENAWAY, JR.
                                  United States District Judge

Form and entry
consented to:

_____
Counsel for the United States of America

_____
Counsel for Michael Brassington

_____
Counsel for Paul Brassington

_____
Counsel for Andre Bhudan

_____
Counsel for Joseph Singh

_/s/ signature_____
Counsel for Brian McKenzie

_____
Counsel for Francis Vieira

**AND IT IS FURTHER ORDERED**, that this action be and hereby is continued until August 14, 2009, and the period between now and through August 14, 2009, shall be excluded time under the Speedy Trial Act, 18 U.S.C. 3161(h)(8).

_____
HON. JOSEPH A. GREENAWAY, JR.
United States District Judge
5-8-09

Form and entry
consented to:

_____
Counsel for the United States of America


_____
Counsel for Michael Brassington


_____
Counsel for Paul Brassington


_____
Counsel for Andre Bhudan


_____
Counsel for Joseph Singh


_____
Counsel for Brian McKenzie

_/s/ Neal R. Hannett_____
Counsel for Francis Vieira