UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Greenaway, Jr. |
| v. | : | |
| | | Crim. No. 09-45 |
| MICHAEL BRASSINGTON, | : | |
| PAUL BRASSINGTON, | | |
| BRIAN McKENZIE, | : | UNSEALING ORDER |
| FRANCIS VIEIRA, and | | |
| JOHN KIMBERLING | : | |

This matter having come before the Court on the application of the United States of America (Scott B. McBride, Assistant U.S. Attorney, appearing) for an order that the Superseding Indictment returned in the above-captioned matter be unsealed; and the Superseding Indictment having become unsealed by virtue of the arrest of one of the defendants; and for good cause shown,

IT IS ON this 30th day of November, 2009,

ORDERED that the Superseding Indictment filed in the above-captioned matter is unsealed.

_____
Honorable Joseph A. Greenaway, Jr.
United States District Judge