UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Crim. No. 09-45 |
| MICHAEL BRASSINGTON, et al. | : | ORDER |

The Court having held a scheduling conference on April 12, 2010, it is on this 23RD day of April, 2010,

ORDERED that defendant Francis Vieira's motions shall be filed on or before May 12, 2010, and that the government's opposition and cross-motions shall be filed on or before June 11, 2010; and

IT IS FURTHER ORDERED that the defendants may join defendant Francis Vieira's motions, if appropriate; and

IT IS FURTHER ORDERED that defendant John Kimberling's motions relating to his medical condition shall be filed on or before May 12, 2010; and

IT IS FURTHER ORDERED that the government shall hire a medical expert to examine defendant John Kimberling on or before May 12, 2010; and

IT IS FURTHER ORDERED that the government's motion for an in-person scheduling conference with defendant John Kimberling [117] is dismissed as moot; and

IT IS FURTHER ORDERED that the parties may move in limine for further relief as warranted by additional discovery provided ahead of trial; and

IT IS FURTHER ORDERED that the trial in this matter is scheduled for **October 12, 2010**.

Hon. DENNIS M. CAVANAUGH
United States District Judge