NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> MICHAEL BRASSINGTON, PAUL : <br> BRASSINGTON, AND BRIAN : <br> MCKENZIE, : <br> : <br> Defendants. | **Hon. Dennis M. Cavanaugh** <br><br> **ORDER** <br><br> Crim. No. 09-CR-45 (DMC) |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motions by Defendants Michael Brassington, Paul Brassington, Brian McKenzie ("McKenzie"), and John Kimberling ("Kimberling") (collectively, "Defendants") to dismiss several counts of the Superseding Indictment, for severance, for a pre-trial hearing, for disclosure of evidence, and to prohibit the Government from referencing the jet crash at trial. After considering the submissions of the parties, and based upon the Court's Opinion filed this day;

IT IS this   8   day of October, 2010;

**ORDERED** that Defendants' motion to dismiss Count 1 of the Superseding Indictment as duplicitous is **denied**;

**ORDERED** that Michael Brassington's motion to dismiss Counts 2 & 3 of the Superseding Indictment on grounds of res judicata/collateral estoppel is **denied**;

**ORDERED** that Paul Brassington's motion to dismiss Count 2 of the Superseding Indictment as time-barred is **granted**;

**ORDERED** that McKenzie and Michael Brassington's motion to dismiss Counts 8, 9 and 10 of the Superseding Indictment as time-barred is **granted**;

**ORDERED** that McKenzie, Michael Brassington and Paul Brassington's motion to dismiss Counts 9, 11, 13, 16, 19 & 22 of the Superseding Indictment for improper venue is **denied**;

**ORDERED** that Michael Brassington's motion for severance from Francis Vieira is moot and **denied**;

**ORDERED** that McKenzie, Kimberling and Paul Brassington's motion for severance from all Co-Defendants is **denied**;

**ORDERED** that Defendants' motion for a pre-trial hearing to establish a conspiracy is **denied**;

**ORDERED** that McKenzie's motion for prompt disclosure of Rule 404(b) is **denied**;

**ORDERED** that Michael Brassington and Paul Brassington's motion for disclosure of personnel files, internal affairs files, and any and all disciplinary files of law enforcement witnesses is **denied**;

**ORDERED** that McKenzie, Kimberling and Paul Brassington's motion to preclude the Government from referencing or introducing evidence regarding the jet crash is **denied**;

**ORDERED** that McKenzie and Paul Brassington's motion for severance from all Co-Defendants is **denied**; and

**IT IS FURTHER ORDERED** that Michael Brassington and Paul Brassington's motion for permission to use electronic equipment is **granted**.

          s/Dennis M. Cavanaugh
          Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk's Office
cc:         All Counsel of Record
            File