UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :        Hon. Dennis M. Cavanaugh

            v.                  :        Crim. No. 09-45

MICHAEL BRASSINGTON, et al.     :        ORDER


        Good cause having been shown, and with the consent of
the parties, it is on this _20_ day of December, 2010, ORDERED
that the government's opposition to defense motions for judgment
of acquittal and for a new trial shall be filed by February 11,
2011.



                                _____
                                Hon. DENNIS M. CAVANAUGH
                                United States District Judge