UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE NO. 09-cr-00045-JAG

UNITED STATES OF AMERICA,

vs.

PAUL BRASSINGTON,

         Defendant.
_____/

### MOTION TO ADOPT DEFENDANT MICHAEL BRASSINGTON'S AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO MEMORANDUM OF THE UNITED STATES IN OPPOSITION TO DEFENDANT'S POST-TRIAL MOTIONS

Comes now Defendant, PAUL BRASSINGTON, by and through his undersigned counsel, and files this Motion To Adopt Defendant Michael Brassington's Agreed Motion For Extension Of Time To File Responses To Memorandum Of The United States In Opposition To Defendant's Post-Trial Motions [DE 289], filed by Defendant 1, MICHAEL BRASSINGTON, in the above-styled cause.

Respectfully submitted,

BRUCE E. REINHART, P.A.
Attorney for the Defendant
250 Australian Avenue, Suite 1400
West Palm Beach, Florida 33401
Telephone: (561) 202-6360
Fax:     (561) 202-6976
Email: Breinhart@BruceReinhartLaw.com

By: s/Bruce E. Reinhart
     BRUCE E. REINHART
     Florida Bar No. 0010762

SO ORDERED: _____
               DENNIS M. CAVANAUGH, U.S.D.J.

3/7/11