NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> MICHAEL BRASSINGTON AND PAUL : <br> BRASSINGTON, : <br> : <br> Defendants. : | **Hon. Dennis M. Cavanaugh** <br><br> **ORDER** <br><br> Crim. No. 09-CR-45 (DMC) |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motions by Defendants Michael Brassington and Paul Brassington (collectively, "Defendants") for judgment of acquittal pursuant to Fed. R. Crim. P. 29, or, alternatively, for a new trial pursuant to Fed. R. Crim. P. 33.   After considering the submissions of the parties, and based upon the Court's Opinion filed this day;

IT IS this   8th   day of August, 2011;

**ORDERED** that Paul Brassington's motion for acquittal on Count 1 is **denied**;

**ORDERED** that Michael Brassington's motions for acquittal on Counts 6, 7, 20, and 21 are **denied**;

**ORDERED** that Defendants motions for a new trial are **denied**;

       S/ Dennis M. Cavanaugh
       Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk
cc:           All Counsel of Record
               File