```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        MINUTES OF PROCEEDINGS
```

NEWARK                                    DATE: 20 September 2011

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

OTHER: _____

Title of Case:                            Docket # 2:9cr45-1

U.S.A.  v.  Michael Brassington

Appearances:

AUSA     Scott McBride & J Fortier Imbert
D        Michael Salnick & Jack Fuchs
Prob.    Renee Caggia

Nature of proceedings:

Variance Granted
                       SENTENCING
Ct. 1s-7s, 23s & 24s   30 months on each to run concurrently
                       3 years Super Release to run concurrently
Standard conditions imposed w/special: No Drug Provision
1) Cooperate w/BICE
2) Self Employment restriction
3) Restitution Denied
4) Fine waived
5) $900 special assessment ($100 per count)
Voluntary surrender as designated by the BOP
Deft. Advised of right to appeal
Bail continued as currently set.


Time Commenced   10:30
Time Adjourned   11:30


cc: chambers                              Scott P. Creegan
                                          Deputy Clerk